UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20222-Civ-COOKE/WHITE
11-20108-CR-COOKE

RICARDO VIGNE,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

### ORDER DENYING/DISMISSING HABEAS CORPUS PETITION AND CLOSING CASE

Following review of the record, I adopt the Report of Magistrate Judge White [ECF 8], to which no objections have been filed. Accordingly, Mr. Vigne's habeas corpus petition pursuant to 28 U.S.C. §2255 [ECF 1] is **DENIED**. All pending motions are **DENIED as moot**, and this case is **CLOSED.**

**DONE and ORDERED** in chambers at Miami, Florida, this 30th day of October 2015.

                                                                  MARCIA G. COOKE
                                                                   United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of record*

*Ricardo Vigne, pro se*
94921-004
*D. Ray James Correctional Institution*
*Inmate mail/parcels*
*P.O. Box 2000*
*Folkston, GA  31537*